EDWARD D. DUNLOP, Respondent, *v.* GEORGE WILKEN, Appellant.

*Dunlop* v. *Wilken*, 87 Hun, 618, affirmed.
(Argued March 8, 1898; decided March 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered May 23, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles A. Decker* for appellant.

*Edward W. S. Johnston* for respondent.

Judgment and order affirmed, with costs and ten per cent damages for delay, under section 3251 of the Code; no opinion.

All concur, except PARKER, Ch. J., not sitting.

———

HARRIET E. BURKE, Respondent, *v.* TERRY J. TINDALE, Appellant.

*Burke* v. *Tindale*, 12 Misc. Rep. 31, affirmed.
(Submitted March 8, 1898; decided March 22, 1898.)

APPEAL from a judgment of the General Term of the late Court of Common Pleas for the city and county of New York, entered April 4, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John Hunter, Jr.,* for appellant.

*Tallmadge W. Foster* for respondent.

Judgment and order affirmed, with costs and ten per cent damages for delay, under section 3251 of the Code; no opinion.

All concur.